ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendants
 Yvonne Smith Segars and Anne Milgram

By:  Jill Deitch
     Deputy Attorney General
     (609) 984-2464

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK

|  |  |  |
|---|---|---|
| RALPH BAKER, | : | THE HON. PETER G. SHERIDAN, U.S.D.J. |
| Plaintiff, | : | DOCKET NO. 08-301 (PGS-ES) |
| v. | : | **ORDER EXTENDING THE TIME TO WHICH THE DEFENDANTS, YVONNE SMITH SEGARS AND ANNE MILGRAM MAY RESPOND TO THE COMPLAIN** |
| RALPH WITTEVRONGEL, et al. | : |  |
| Defendants. | : |  |

This matter having come before the Court on a motion of Jill Deitch, Deputy Attorney General (Anne Milgram, Attorney General of New Jersey), appearing on behalf of Defendants, Yvonne Smith Segars and Anne Milgram, seeking an Order extending by twenty (20) days the time for said Defendants to Respond to the Complaint, pursuant to Fed. R. Civ. P. 6(b)(2), and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for good cause shown;

IT IS on this 15th day of May, 2008;

ORDERED that Defendants' Motion is hereby granted;

ORDERED that Defendants are permitted to respond to the Complaint on or before June 6, 2008 ; and

ORDERED that a copy of this order shall be served upon all counsel of record within seven (7) days of its receipt by counsel for the moving party.

DATED:

THE ~~HON. PETER G. SHERIDAN, U.S.D.J.~~
HON. ESTHER SALAS, U.S.M.J.